UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HIGHLAND, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-00579 FMO (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that this action is dismissed with prejudice.

DATED: August 19, 2016　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE