UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CAMPBELL, | Case No. CV 16-00579 FMO (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF HIGHLAND, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: August 19, 2016  _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE